IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 08-297 |
| DAVID TROY JOHNSON | : | |

**O R D E R**

**STENGEL, J.**

**AND NOW**, this 4th day of June, 2009, upon consideration of the defendant's Motion to Suppress (Document #12) and after a hearing on the matter, it is hereby ORDERED that the motion is DENIED.

                                        BY THE COURT:

                                        /s/ Lawrence F. Stengel
                                        LAWRENCE F. STENGEL, J.