IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | CRIMINAL ACTION |
| v. : | 08-297 |
| : | |
| : | |
| DAVID TROY JOHNSON : | |

## ORDER

**AND NOW** this 21st day of December, 2020, upon review of the defendant's motions, letters, and the Government's opposition thereto, it is hereby **ORDERED** that the defendant's motions for compassionate release are **DENIED**

BY THE COURT:

/s/ *Jeffrey L. Schmehl*
JEFFREY L. SCHEMHL, J.